# United States Court of Appeals
## For the First Circuit

No. 08-2253

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM F. BATER,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on February 4, 2010, should be amended as follows.

On page 3, first full paragraph, line 2, replace "Phillips who" with "Phillips, who".

On page 7, first paragraph, line 6, replace "the more broader conception" with "the broader conception".

On page 9, first full paragraph, line 8, replace ""that even on" with "that, even on".